■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PELT, Appellant. [796 NYS2d 567]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered on or about December 1, 2003, unanimously affirmed. We have considered the arguments raised in defendant's pro se supplemental brief and find them without merit. No opinion. Concur—Buckley, P.J., Tom, Saxe, Friedman and Sweeny, JJ.